1 | PHILLIP A. TALBERT
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA  95814
4 | Telephone:  (916) 554-2700

5 | Attorneys for the United States

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,

12 |         Plaintiff,

13 |      v.

14 | APPROXIMATELY $24,100.00 IN
U.S. CURRENCY,

15

16 |         Defendant.

STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE

17

18 |       It is hereby stipulated by and between the United States of America and potential claimant Tyrone

19 | Roscoe ("claimant"), by and through their respective counsel, and Adriana Jones ("claimant"), appearing

20 | *in propria persona,* as follows:

21 |       1.      On or about November 29, 2023, claimant Tyrone Roscoe filed a claim in the

22 | administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the

23 | Approximately $24,100.00 in U.S. Currency (hereafter "defendant currency"), which was seized on

24 | September 27, 2023.  On or about December 29, 2023, claimant Adriana Jones filed a claim in the

25 | administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the

26 | defendant currency.

27 |       2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

28 | required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

1  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

2  than claimants has filed a claim to the defendant currency as required by law in the administrative

3  forfeiture proceeding.

4      3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

5  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

6  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

7  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the

8  parties.  That deadline is February 27, 2024.

9      4.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April

10  26, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the

11  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

12  forfeiture.

13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

5.      Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 26, 2024.

Dated: _2/26/2024_                                           PHILLIP A. TALBERT
                                                            United States Attorney

                                             By:    _/s/ Kevin C. Khasigian_
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated: _2/20/2024_                                          _/s/ Isaac Safier_
                                                    ISAAC SAFIER
                                                    Attorney for potential claimant
                                                    Tyrone Roscoe

                                                    (Signature authorized by email)

Dated: _2/22/2024_                                          _/s/ Adriana Jones_
                                                    ADRIANA JONES
                                                    Potential Claimant, appearing *in propria persona*
                                                    28 Bridgeside Blvd.
                                                    Mount Pleasant, SC 29464

                                                    (Signature retained by attorney)

**IT IS SO ORDERED**.

Dated: _____                         _____
                                                    United States District Judge

3