| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | KEVIN C. KHASIGIAN<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| 5 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| APPROXIMATELY $24,100.00 IN U.S. CURRENCY, | |
| Defendant. | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

On February 26, 2024, she served a copy of the Stipulation and Order Extending Time for Filing a Complaint for Forfeiture and/or to Obtain an Indictment Alleging Forfeiture, by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

///

///

///

| | |
|---|---|
| 1 | Addressee: |
| 2 | Adriana Jones |
|   | 28 Bridgeside Blvd. |
| 3 | Mount Pleasant, SC 29464 |
| 4 | *Stacie Del Giudice* (signature)<br>Stacie Del Giudice |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Certificate of Service